# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00262-CV

**In re Charles Flentroy**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Charles Flentroy has petitioned this Court for a writ of mandamus to compel the district court to act on his motion for a judgment nunc pro tunc in local cause number 3013664. Flentroy seeks to have a deadly weapon finding removed from the judgment. Flentroy's challenge to this finding was rejected on direct appeal. *See Flentroy v. State*, No. 03-02-00624-CR (Tex. App.—Austin Aug. 25, 2005, no pet.) (opinion on remand). The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Filed:   August 13, 2007